**Order entered January 20, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-01033-CR

**ADDISON DOUGLAS MAYS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-84413-2019**

### ORDER

Before the Court is appellant's January 3, 2023 pro se motion to appoint counsel. In his motion, appellant asserts his new counsel has not communicated with him despite his efforts to communicate with her. He also asserts that his former counsel, who is employed by the Collin County District Attorney's office, is representing the State in his case. We **DENY** appellant's motion, but provide other relief as follows.

Due to a clerical error that has been corrected, former counsel was inadvertently included on the Court's service list and has received copies of orders in this case. Former counsel is not representing the State in this matter. Our records show the State is represented by Criminal District Attorney Greg Willis, Assistant Criminal District Attorney Lisa Braxton, and Assistant Criminal District Attorney Amy Sue Melo Murphy.

Our records show that on August 30, 2022, the Court entered an order permitting former counsel to withdraw from representation because he was taking a position with the Collin County District Attorney's office. The Court abated the case to the trial court for appointment of new counsel. The Court's abatement order further provided that within thirty days of appointment, new counsel should review the record and notify the Court in writing whether counsel intended to: (1) file a new brief replacing the January 28, 2022 brief filed by former counsel; (2) file a supplemental brief; or (3) adopt the January 28, 2022 brief as filed.

The trial court appointed Stephanie Duecker Hudson as appellant's new counsel. By order entered October 26, 2022, the Court ordered Ms. Hudson to provide, by November 18, 2022, the written notification electing whether to file a new brief or else supplement or adopt the existing brief. Ms. Hudson did not file a written notification. On December 20, 2022, the Court entered an order stating that the Court would presume Ms. Hudson was adopting the existing brief and would

submit the appeal on that brief. Appellant now contends that counsel has not communicated with him since her appointment.

Under the circumstances, the Court cannot determine whether appellant is receiving the effective assistance of counsel. Accordingly, we **ORDER** the trial court to conduct a hearing to determine the status of this appeal. The trial court shall make appropriate findings and recommendations and determine why appointed counsel has not notified the Court regarding whether she intends to file a new appellant's brief, supplement the January 28, 2022 brief former counsel filed for appellant, or adopt the January 28, 2022 brief as filed; and to determine whether appointed counsel is representing appellant or whether she has abandoned the appeal. If the trial court cannot obtain appellant's presence at the hearing, the trial court shall conduct the hearing in appellant's absence. *See Meza v. State*, 742 S.W.2d 708 (Tex. App.–Corpus Christi 1987, no pet.) (per curiam). If appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **THIRTY DAYS** of the date of this order.

This appeal is **ABATED** to allow the trial court to comply with the above order. The appeal shall be reinstated when the findings are received or at such other time as the Court deems appropriate.

We **DIRECT** the Clerk of the Court to send copies of this order to: the Honorable Tom Nowak, Presiding Judge, 366th Judicial District Court; Stephanie Duecker Hudson, counsel for appellant; Amy Sue Melo Murphy, assistant criminal district attorney; and appellant Addison Douglas Mays, TDCJ No. 02373093, Beto Unit, 1391 FM 3328, Tennessee Colony, Texas 75880.

/s/    DENNISE GARCIA
        JUSTICE